IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 5:07cr48-MW/GRJ-3

BRUCE THEODORE SMITH, JR.,

    Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 232, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 234. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 231, is **DENIED and DISMISSED** as untimely. A certificate of appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on August 26, 2015.

                                                     s/MARK E. WALKER_____
                                                    **United States District Judge**