IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 5:07cr48-MW/GRJ-3

BRUCE THEODORE SMITH, JR.,

    Defendant/Petitioner,
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 251. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion to vacate pursuant to U.S.C. § 2255, ECF No. 245, is **DISMISSED** as this Court lacks jurisdiction to consider the motion. The motion for appointment of counsel, ECF No. 249, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on September 16, 2016.

s/Mark E. Walker                  ____
**United States District Judge**